In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-20-00039-CR
_____

VINCENT EUGENE FLICK, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 9th District Court
Montgomery County, Texas
Trial Cause No. 19-11-15009-CR

MEMORANDUM OPINION

On February 5, 2020, we notified the parties that our jurisdiction was not apparent from the notice of appeal and warned that the appeal would be dismissed for want of jurisdiction unless we received a response showing grounds for continuing the appeal. The notice was mailed to appellant's address of record, but the post office returned it as undeliverable.

1

The documents provided by the District Clerk do not show that the trial court has signed an order that is appealable at this time. *See Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991) (holding that intermediate appellate courts lack jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law). Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

PER CURIAM

Submitted on March 3, 2020
Opinion Delivered March 4, 2020
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.